[No. 14976-5-III.   Division Three.   September 9, 1997.]

GEORGE ZIMMER, *Respondent*, v. GARY L. TREAT, ET AL., *Appellants*.

GARY L. TREAT, ET AL., *Appellants*, v. GEORGE ZIMMER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-02526-1, F. James Gavin, J., entered May 24, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J.; Brown, J., dissenting.

[No. 15534-0-III.   Division Three.   September 9, 1997.]

THE CITY OF SPOKANE, *Respondent*, v. FUAD HASSAN ISMAIL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01113-7, Kenneth Kato, J., entered January 19, 1996. *Affirmed* by unpublished opinion per Hahn, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15752-1-III.   Division Three.   September 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JAMES LANCTOT, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 95-1-00097-7, Tom Reynolds, J., entered April 29, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Raekes, J. Pro Tem.

[No. 19551-8-II.   Division Two.   September 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LIVIU GOTUR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00337-1, James D. Ladley, J., entered June 1, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.